# Court of Appeals
# of the State of Georgia

ATLANTA, June 08, 2026

*The Court of Appeals hereby passes the following order:*

## A26A2048. MELVIN HYMAN, III v. CHRISIE V. WILSON.

On June 25, 2025, the trial court entered an amended family violence protective order against Melvin Hyman, III. Thereafter, on July 22, 2025, the trial court dismissed the temporary protective order without prejudice. On August 15, 2025, Hyman filed his "Motion to Reopen Case for Limited Purpose of Ruling on Sanctions under OCGA § 9-15-14(e)," which the trial court denied on October 9, 2025. Hyman filed a direct appeal from the trial court's order.

Appeals of orders in domestic relations cases — including actions arising under the Family Violence Act — must be initiated by filing an application for discretionary appeal in the appellate court. See OCGA § 5-6-35(a)(2), (b), (d); *Phaneuf v. Anthony*, 375 Ga. App. 636, 637 (917 SE2d 191) (2025); Court of Appeals Rule 31.1. "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Hyman's failure to follow the required appellate procedure deprives us of jurisdiction over this direct

appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__06/08/2026_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*